# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140046

BRADLEY J. HANDLEY, next friend of
MARIE J. HANDLEY, a minor,
            Plaintiff-Appellee,

v

CITY OF ANN ARBOR,
            Defendant-Appellant.

SC: 140046
COA: 284135
Washtenaw CC: 07-000244-NO

_____/

On order of the Court, the application for leave to appeal the July 30, 2009 judgment of the Court of Appeals is considered, and it appearing to the Court that the case of *Gadigian v City of Taylor* (Docket No. 138323) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

Clerk

d0322